UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

Emigdio Reyes III

Case No.   08-05224-FLK7

TENDER OF FUNDS IN ACCORDANCE
WITH FRBP 3010

Debtor(s)

TO:  THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, FOR THE EASTERN DISTRICT OF WASHINGTON

There is tendered herewith the sum of $ 2.64      BEING MONIES FROM CLAIMS WHICH RECEIVED A DISTRIBUTION OF UNDER $5.00 in this case.  The claims entitled to these funds are listed on the attached Claims Distribution Small Checks report which is attached hereto.

This tender is made in accordance with FRBP 3010.

DATED: 12/02/09

/s/ Jeffrey Earl
Jeffrey Earl, Trustee

Printed: 12/02/09 02:30 PM

# Claims Distribution Small Checks

Page: 1

### Trustee: JEFFREY B EARL  (670180)

Case:  08-05224  -  REYES, EMIGDIO, III

| Account No. | Check No. | Issued | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Filed | Priority | Claimant | | | | |
| 312197274366 | 111 | 10/21/09 | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $2.64 |
| | | 8 | 07/02/09 | 610 | Chase Bank USA NA | 130.36 | 130.36 | 2.64 | 2.64 |

(*) Denotes objection to Amount Filed